

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-09-00046-CR

Thomas Paul **TUCKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR08-11125
Honorable Spencer W. Brown, Judge Presiding

BEFORE THE EN BANC COURT

On the court's own motion, we withdraw the panel opinion and judgment of December 12, 2012, and substitute this en banc opinion and judgment. Appellant's motion for leave to file an oversized motion for rehearing and en banc reconsideration is GRANTED. Appellant's motions for rehearing and en banc reconsideration are DENIED. *See* Tex. R. App. P. 49.3, 49.7.

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 22, 2013.

_____
Patricia O. Alvarez, Justice